Dear Ms. Matz

RECEIVED
Court of Appeals

JAN 2 3 2015

Lisa Matz
Clerk, 5th District

1-20-15.

I Angela Taylor #19029980
Court of appeals No 05-13-01027/28/29/30 CR

ma'am Im So Sorry I didn't or wasn't able to make myself clear in what I Requested of you and the Court. So let me try again, when Back in Sept 2014 my case's were to go in front of Justice's Wright, Evans & myers. I had Sent my only copy of my motion to Revoke probation And my only copy of what medications I was on @ time of my hearin in 204th Court, that the fact on my probation had that I Be under Care of MHMR metrocare is my proof that I should of had a MHMR attorney and MHMR Case loadk. And also the medication past I Sent Showed I wasn't Coherent Enough @ time of hearing that is why I desperitly Need a copy of these papers please. I Sent them to

RECEIVED
Court of Appeals

JAN 3 2015

Lisa Matz
Clerk, 5th District

The Justice Wright, without knowing that No New Evidence could be entered, and now need these as to be able to file a Writ of habeas corpus 11.07 please If you could look and See that and Send to me a copy or the original would be appreciated

Thank you
Respectfully

Angela Taylor
P.O. Box 660834
Dallas TX 75266

FOREVER
USA

Bank Swallow

DALLAS TX 750
21 JAN 2015 PM 6 L

TEXAS TX PRSRTC

7520246L699

Angela [illegible]
P O Box 660334
Dallas TX 75266

Court of Appeals
Lisa Matz (Clerk)
600 Commerce #200
Dallas TX 75202